**Motion Granted; Appeal Dismissed and Memorandum Opinion filed August 6, 2026.**



In The

# Fifteenth Court of Appeals

———

## NO. 15-26-00131-CV

———

**APPELLANT, RAILROAD COMMISSION OF TEXAS // CROSS-APPELLANTS, CNOOC ENERGY U.S.A. LLC, WILLIAMS MLP OPERATING LLC AND MOCKINGBIRD MIDSTREAM GS SERVICES, LLC**

**V.**

**APPELLEES, CNOOC ENERGY U.S.A. LLC, WILLIAMS MLP OPERATING LLC AND MOCKINGBIRD MIDSTREAM GS SERVICES, LLC // CROSS-APPELLEE, RAILROAD COMMISSION OF TEXAS**

On Appeal from the 201st District Court
Travis County, Texas
Trial Court Cause No. D-1-GN-25-002729

**MEMORANDUM OPINION**

We have considered the parties' Joint Motion to Dismiss All Appeals and Cross-Appeals. We grant the motion and dismiss the appeal. *See* TEX. R. APP. P. 42.1(a)(1), 43.2(f).

PER CURIAM

Panel consists of Chief Justice Brister and Justices Field and Farris.